# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2918

Arkansas United and L. Mireya Reith

Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas, et al.

Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission, et al.

------------------------------

State of Nebraska, et al.

Amici on Behalf of Appellant(s)

No: 23-1154

Arkansas United and L. Mireya Reith

Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas, et al.

Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission, et al.

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05193-TLB)
(5:20-cv-05193-TLB)

---

**ORDER**

Appellants' motion to file response out of time is granted.

Appellees' motion to resume case is denied.

September 14, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans